**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 07-6824**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

DANIEL DEMETRIOUS JAMES, JR., a/k/a Dee,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at New Bern.  Louise W. Flanagan, Chief District Judge.  (5:04-cr-00262-FL)

─────────────

Submitted: September 13, 2007       Decided: September 19, 2007

─────────────

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Daniel Demetrious James, Jr., Appellant Pro Se.  Rudolf A. Renfer, Jr., Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel Demetrious James, Jr., appeals the district court's order denying his motion for a hearing based on the Government's alleged breach of the plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. James, No. 5:04-cr-00262-FL (E.D.N.C. May 7, 2007). We deny as unnecessary James' motion for a certificate of appealability. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED